UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, *v.* SOUTH BROOKLYN RAILWAY COMPANY, Respondent, Impleaded with Another.

*Appeal — order of Appellate Division affirming order granting motion for dismissal of complaint — appeal from such order to Court of Appeals dismissed.*

*United States F. & G. Co.* v. *South Brooklyn Ry. Co.,* 222 App. Div. 688, appeal dismissed.

(Argued April 11, 1928; decided May 1, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 11, 1927, which affirmed an order of Special Term granting a motion by defendant-respondent for a dismissal of the complaint.

Prepared by State Reporter from Appeal Papers

*Theodore J. Miller* and *William J. McArthur* for appellant.

*Harold L. Warner* and *George D. Yeomans* for respondent.

Appeal dismissed, with costs, on the ground it is taken from the order of the Appellate Division and not from the judgment entered thereon, without prejudice, however, to an appeal from such judgment if the time to appeal therefrom has not expired; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.